

**SESSIONS FISHMAN NATHAN & ISRAEL**

MORGAN I. MARCUS
Direct: (312) 578-0985
mmarcus@sessions.legal

June 29, 2018

Via ECF
Honorable Paul G. Gardephe
Courtroom 705
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/18

Re: *Michelo, et al. v. National Collegiate Student Loan Trust 2007-2, et al.* – 1:18-cv-01781-PGG

Dear Judge Gardephe:

My firm represents Transworld Systems Inc. and EGS Financial Care, Inc., in this matter. I write on behalf of all defendants to this case.

Pursuant to your order during the initial pre-trial conference held on June 21, 2018, plaintiffs were directed to file an amended complaint by or before June 28, 2018, which they have elected not to do at this time. As such, pursuant to your order, the defendants currently have until July 2, 2018 to submit a letter request advising the court whether there is a basis to seek dismissal of the plaintiffs' lawsuit as pled.

Given that the plaintiffs have elected not to amend the complaint, the defendants continue to discuss a unified approach, and would request an additional week extension to July 9, 2018 to consider the merits of filing a letter request for a pre-motion conference to file a motion to dismiss given the guidance provided by the court on June 21, 2018.

On that basis, the defendants, jointly, request that this court extend the date to file a letter request for a pre-motion conference to file a motion to dismiss to July 9, 2018. There have been no previous requests for extensions.

Plaintiffs' counsel has consented to the relief requested in this letter.

120 South LaSalle Street, Suite 1960, Chicago, Illinois 60603
(312) 578-0990   (312) 578-0991 F   www.sessions-law.com
CALIFORNIA • COLORADO • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS

## SESSIONS FISHMAN NATHAN & ISRAEL
ATTORNEYS AT LAW

*Michelo, et al. v. National Collegiate Student Loan Trust 2007-2, et al. – 1:18-cv-01781-PGG*
June 29, 2018 – Page 2

                              Respectfully submitted,

                              /s/ Morgan I. Marcus
                              *Counsel for Transworld Systems Inc. and EGS Financial Care, Inc.*

cc:   Gregory A. Frank (via ECF)
       Marvin L. Frank (via ECF)
       Asher Hawkins (via ECF)
       Aaron Easley (via ECF)
       Carol A. Lastorino (via ECF)
       Amanda Gurman (via ECF)
       Gregory T. Casamento (via ECF)
       J. Matthew Goodin (via ECF)

**MEMO ENDORSED**

The application is granted.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: 7/02/18