```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MUTINTA MICHELO, KATHERINE SEAMAN,
MARY RE SEAMAN, and SANDRA TABAR,
individually and on behalf of all others similarly situated,
                                                                            18-cv-1781-PGG
                        Plaintiffs,
        v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST
2007-2; NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-3; TRANSWORLD SYSTEMS, INC., in its
own right and as successor to NCO FINANCIAL
SYSTEMS, INC.; EGS FINANCIAL CARE INC.,
formerly known as NCO FINANCIAL SYSTEMS, INC.;
and  FORSTER & GARBUS LLP,

                        Defendants.
------------------------------------------------------------------------X
```

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon Plaintiffs' Amended Class Action Complaint ("Amended Complaint"), all prior pleadings, orders and proceedings had herein, Defendants National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, Transworld Systems, Inc., EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc., and Forster & Garbus LLP will hereby move this Court, before the Honorable Judge Paul G. Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a time and date to be set by the Court, for an order dismissing with prejudice Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and granting Defendants such other relief as the Court deems just and proper.

1

Dated: New York, New York
October 15, 2018

By: */s/ Gregory T. Casamento*
Gregory T. Casamento
R. James DeRose, III
LOCKE LORD LLP
Brookfield Place, 20th Floor
200 Vesey Street
New York, NY 10281
(212) 415-8600
gcasamento@lockelord.com
rderose@lockelord.com

J. Matthew Goodin
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
(312) 443-0700
jmgoodin@lockelord.com

*Attorneys for Defendants National Collegiate Student Loan Trust 2007-2 and National Collegiate Student Loan Trust 2007-3*

By: */s/ Morgan Marcus*
Morgan Ian Marcus
SESSIONS, FISHMAN NATHAN & ISRAEL LLC
120 S. LaSalle Street, Suite 1960
Chicago, Illinois 60603
(312) 578-0990
mmarcus@sessions.legal

*Attorneys for Defendants EGS Financial Care, Inc. and Transworld Systems, Inc.*

By: */s/ Carol Lastorino*
Carol A. Lastorino
Amanda Rae Griner
RIVKIN RADLER LLP
926 Rexcorp Plaza
Uniondale, New York 11556
(516) 357-3101
carol.lastorino@rivkin.com
amanda.gruman@rivkin.com

*Attorneys for Defendant Forster & Garbus LLP*