

ANDREW J. BLADY
Direct: (267) 544-0840
ablady@sessions.legal

April 9, 2019

Via ECF
Honorable Paul G. Gardephe
Courtroom 705
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Michelo, et al. v. National Collegiate Student Loan Trust 2007-2, et al.*
    *Case No.: 1:18-cv-01781-PGG*

Dear Judge Gardephe:

My firm represents Transworld Systems Inc. ("TSI") and EGS Financial Care, Inc. ("EGS"), in this matter. Pursuant to this Court's order, this case is set for a status conference for April 25, 2019. Dkt. 85.

The undersigned requests leave to appear by telephone.

The undersigned's co-counsel, Aaron Easley, has a previously set vacation, and co-counsel Morgan I. Marcus has a previously set arbitration hearing in Illinois.

          Respectfully submitted,

          /s/ Andrew J. Blady
          *Counsel for Transworld Systems Inc. and EGS Financial Care, Inc.*

cc: Gregory A. Frank (via ECF)
  Marvin L. Frank (via ECF)
  Asher Hawkins (via ECF)
  Morgan I. Marcus (via ECF)
  Aaron Easley (via ECF)
  Carol A. Lastorino (via ECF)
  Amanda Gurman (via ECF)
  Gregory T. Casamento (via ECF)
  J. Matthew Goodin (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: April 9, 2019