UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

MUTINTA MICHELO, KATHERINE SEAMAN, MARY RE SEAMAN, and SANDRA TABAR, individually and on behalf of all others similarly situated,

        Plaintiffs,

- against -

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,

        Defendants.

---------------------------------------------------------------

CHRISTINA BIFULCO, FRANCIS BUTRY, and CORI FRAUENHOFER, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,

        Defendants.

---------------------------------------------------------------

**ORDER**

18 Civ. 1781 (PGG)
18 Civ. 7692 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In these putative class actions, Plaintiffs Mutinta Michelo, Katherine Seaman, Mary Re Seaman, and Sandra Tabar (the "<u>Michelo</u> Plaintiffs") and Plaintiffs Christina Bifulco, Francis Butry, and Cori Frauenhofer (the "<u>Bifulco</u> Plaintiffs") allege that Defendants have orchestrated a scheme to "fraudulently obtain default judgments . . . for unprovable debts" against them in state court. They allege that Defendants have carried out this scheme by, <u>inter alia</u>, filing documents containing false or deceptive information in those state proceedings. The <u>Michelo</u> Plaintiffs and <u>Bifulco</u> Plaintiffs assert claims for violations of the Fair Debt Collection Practices Act ("FDCPA"); New York General Business Law ("GBL") Section 349; and New York Judiciary Law Section 487. (<u>Michelo</u> Am. Cmplt. (Dkt. No. 60) ¶¶ 1, 12, 170-189; <u>Bifulco</u> Cmplt. (Dkt. No. 1) ¶¶ 1, 11, 167-192) Defendants in each case have moved to dismiss the respective actions in their entirety. (<u>See</u> <u>Michelo</u> Mot. (Dkt. No. 80); <u>Bifulco</u> Mot. (Dkt. No. 37))

For reasons that will be explained in a forthcoming opinion, the motions each are granted in part and denied in part, as follows:

(1) Plaintiff Michelo's FDCPA claim is dismissed as time-barred;

(2) The Seaman Plaintiffs' FDCPA claims – to the extent they rely on the misrepresentation that Defendant National Collegiate Loan Trust 2007-3 is the "original creditor" of the Seamans' loan – are dismissed as time-barred;

(3) Plaintiff Katherine Seaman's GBL Section 349 claim is dismissed for failure to plead an actual injury;

(4) Plaintiff Butry's GBL Section 349 claim is dismissed for failure to plead an actual injury; and

(5) Plaintiff Michelo's New York Judiciary Law Section 487 claim is dismissed for failure to plead damages.

The motions are otherwise denied. The Clerk of Court is directed to terminate the motions. (No. 18 Civ. 1781 (Dkt. No. 80); No. 18 Civ. 7692 (Dkt. No. 37))

Dated:  New York, New York
        September 30, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge