UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, et al.,

                Plaintiffs,

- against -

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                Defendants.
_____

CHRISTINA BIFULCO, et al.,

                Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                Defendants.

**ORDER**

18 Civ. 1781 (PGG)
18 Civ. 7692 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in the above-captioned actions currently scheduled for April 23, 2020 is adjourned until **June 4, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          March 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge