USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>Defendants. | 18-CV-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>Defendants. | 18-cv-7692 (PGG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiffs' letter-motion dated May 1, 2020 (Dkt. No. 146 in Case No. 18-CV-1781; Dkt. No. 89 in Case No. 18-CV-7692), which raises three discovery disputes, pursuant to Local Civil Rule 37.2, with the Trust Defendants and the Transworld Defendants.

Oppositions and replies to plaintiffs' letter-motion shall be filed in accordance with the Court's Individual Practices. *See* Moses Indiv. Prac. §§ 1(b)-(d), 2(e); Moses Emergency Indiv. Prac. §§ 1(a), (d). The parties should be prepared to address the discovery disputes raised in plaintiffs' May 1 letter-motion during the telephonic conference previously scheduled for May 12, 2020, at 11:00 a.m. (*see* Dkt. No. 145 in Case No. 18-CV-1781; Dkt. No. 88 in Case No. 18-CV-7692) to consider the Trust Defendants' pending letter-motion to compel discovery from plaintiff (Dkt. No. 140 in Case No. 18-CV-1781; Dkt. No. 83 in Case No. 18-CV-7692). It is the

2

Court's intention to decide the disputes raised in both letter-motions at the May 12 conference, based on the parties' letters and on any argument presented during the conference, unless a party shows good cause why more formal briefing should be required.

Dated: New York, New York
      May 4, 2020       **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**