UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, et al.,

                    Plaintiffs,

      - against -

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                   Defendants.

_____

CHRISTINA BIFULCO, et al.,

                    Plaintiffs,

      -against-

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                   Defendants.

**ORDER**

18 Civ. 1781 (PGG)
18 Civ. 7692 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in the above-captioned actions currently scheduled for June 4, 2020 is adjourned sine die.  The conference in the above-captioned actions currently scheduled for June 25, 2020 is also adjourned sine die.

Dated:  New York, New York
        May 27, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge