



370 LEXINGTON AVENUE
SUITE 1706
NEW YORK, NY 10017
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com

May 27, 2020

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., Room 740
New York, NY 10007

**MEMO ENDORSED**

Re:   *Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-CV-1781
      *Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.*, 18-CV-7692

Dear Judge Moses:

We represent Plaintiffs in the above-referenced actions, and write jointly with the Transworld Defendants ("TSI"), concerning TSI's motion to quash the subpoena of TSI's "Affiant X" (Dkt. No. 172 in Case No. 18-cv-1781; [Not Docketed] in Case No. 18-cv-7692).

TSI filed its motion on ECF under seal on Friday, May 22, 2020.  Due to the filing being made under seal, Plaintiffs and TSI were not able to access the motion.  Plaintiffs twice emailed TSI on Friday afternoon, to alert TSI that Plaintiffs had not been served; TSI did not immediately respond while investigating the cause of the inability to access the filing.  Unfortunately, the access limitation was not identified by TSI until after the Clerk's office was closed.

TSI did not serve the motion on Plaintiffs until late yesterday when the inability to access the filing was remedied (May 26).

If TSI's motion had been served when filed, Plaintiffs' deadline for opposing would have been May 29.  *See* L. Civ. R. 6.1(a).  Due to the unexpected delay in service, as well as obligations that Plaintiffs' counsel have in other matters next week, we request that Your Honor order that Plaintiffs' deadline for opposing TSI's motion be set at June 8, 2020.

We thank the Court for Your prompt attention this request.

---

Application GRANTED. Plaintiffs shall file their opposition to TSI's motion to quash no later than **June 8, 2020**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
May 27, 2020

Hon. Barbara Moses
Page 2

Respectfully submitted,

| FRANK LLP | SESSIONS, FISHMAN, NATHAN & ISRAEL |
|---|---|
| /s/ Gregory A. Frank | /s/ James K. Schultz |
| Gregory A. Frank (GF0531) | James K. Schultz |
| Marvin L. Frank (MF1436) | |
| Asher Hawkins (AH2333) | 1545 Hotel Circle S., Suite 150 |
| | San Diego, Calif. 92108 |
| 370 Lexington Avenue, Suite 1706 | Tel: 619.758.1891 |
| New York, NY 10017 | Fax: (877) 334-0661 |
| Telephone: (212) 682-1853 | jschultz@sessions.legal |
| Facsimile: (212) 682-1892 | |
| gfrank@frankllp.com | *Attorneys for Defendants* |
| mfrank@frankllp.com | TRANSWORLD SYSTEMS INC. AND |
| ahawkins@frankllp.com | EGS FINANCIAL CARE INC. |

*Attorneys for*
PLAINTIFFS AND THE CLASSES