

**JAMES K. SCHULTZ**
Direct: (619) 296-2018
jschultz@sessions.legal

**Via ECF**    June 19, 2020

Judge Barbara Moses
United States District Court Southern District of New York
500 Pearl St., Room 740
New York, NY 10007

    Re:   *Michelo, et al. v. National Collegiate Student Loan Trust 2007-2, et al.*
          **Case No.: 1:18-cv-01781-PGG**
          *Bifulco, et al. v. National Collegiate Student Loan Trust 2006-4, et al.*
          **Case No.: 1:18-cv-07692-PGG**

Dear Judge Moses:

    We represent Transworld Systems Inc. ("TSI") in the above-referenced consolidated action.

    Per your Honor's request, the privilege log provided to Plaintiffs in this matter on April 17, 2020 is attached hereto as **Exhibit A**.

    As noted during the June 18, 2020 hearing, and identified in the joint letter submitted on June 15, 2020, TSI has already produced the Attorney Network Services Agreement with Forster & Garbus, LLP, along with the amendments to that agreement, and all available historical versions of the Attorney Network Services – Standard Operating Procedures.

    As detailed in the joint letter, at least 2 categories of documents identified by Plaintiffs seek documents clearly contemplating communications for the purposes of obtaining legal advice and services (p. 2) between a lawyer and client. TSI has generally objected to production of such documents on the basis of attorney/client privilege (*see* categories 4 and 5). These communications are not included on the attached privilege log.

    To the extent requested, TSI can produce an amended privilege log as to the communications between TSI and its lawyers, although TSI maintains that such should be unnecessary and would be burdensome given how overbroad Plaintiffs current requests are. *United States v. Construction Products Research, Inc.*, 73 F.3d 464, 473 (2d Cir. 1996)

1545 Hotel Circle South, Suite 150, San Diego, CA 92108-3426
Tel: (619) 296-2018    Fax: (877) 334-0661    www.sessions-law.com

CALIFORNIA • COLORADO • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS

*Michelo, et al. v. National Collegiate Student Loan Trust 2007-2, et al. – 1:18-cv-01781-PGG*
June 19, 2020 – Page 2

("a court may require an adequately detailed privilege log in conjunction with evidentiary submissions to fill in any factual gaps").

    Thank you for Your Honor's attention to this matter.

                              Respectfully submitted,

                              /s/ James K. Schultz
                              *Counsel for Transworld Systems Inc.*

cc:    All counsel of record (via ECF)