UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,

    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,

    Defendants.

18-CV-1781 (PGG) (BCM)

CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,

    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,

    Defendants.

18-CV-7692 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held a telephonic discovery conference in these actions on June 18, 2020. Prior to the conference, the Court received and reviewed the parties' joint letter, dated June 15, 2020, outlining a proposed schedule and several discovery disputes among the parties. (Dkt. No. 182 in Case No. 18-cv-1781; Dkt. No. 122 in Case No. 18-cv-7692.) For the reasons stated on the record during the June 18 conference, it is hereby ORDERED that:

1. <u>Deadlines</u>.

    a. Fact and class discovery shall be completed no later than **November 1, 2020**.

    b. Plaintiffs shall file their class certification motion no later than **December 2, 2020**. Defendants shall file their opposition papers no later than **February 1, 2021**. Plaintiffs shall file their reply papers no later than **March 15, 2021**. If the class certification motion raises issues requiring expert discovery, the parties may request an extension of the briefing schedule (*see* Moses Ind. Prac. § 2(a)).

2. <u>Documents Concerning TSI's Relationship with Forster & Garbus LLP</u>. No later than **June 19, 2020**, defendant TSI shall submit, via ECF, a copy of its privilege

        log with respect to documents concerning TSI's relationship with Forster & Garbus LLP that have been withheld on the basis of the attorney-client privilege.

3. <u>Next Discovery Conference</u>.

   a. No later than **July 28, 2020**, the parties shall file a joint letter, limited to six pages in total (exclusive of attachments), updating the Court on the progress of any disputes left unresolved by the June 18 conference as well as any new disputes that arose after the June 18 conference. The parties shall attach the relevant portions of the underlying discovery demands, responses, and privilege logs.

   b. Judge Moses will conduct a further telephonic discovery conference on **August 4, 2020, at 10:00 a.m.** At that time, the parties shall dial in to the following teleconference: call-in number: **(888) 557-8511**; access code: **7746387**.

4. <u>Motion to Quash</u>. The motion of defendant TSI and non-party Dudley Turner to quash plaintiff's deposition subpoena for Turner was filed in this Court on May 22, 2020 in Case No. 18-cv-1781 (Dkt. No. 172), is deemed filed in Case No. 18-cv-7692, and is now fully briefed. Notwithstanding Fed. R. Civ. P. 45(d)(3) (which contemplates that a motion to quash a subpoena will be filed in "the district where compliance is required"), the parties unanimously consented, on the record during the June 18 conference, to the disposition of that motion by this Court.

Dated: New York, New York  
       June 24, 2020                      **SO ORDERED**.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**