UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/21
```

| | |
|---|---|
| MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al., Plaintiffs, -against- NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al., Defendants. | 18-CV-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al., Plaintiffs, -against- NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al., Defendants. | 18-CV-7692 (PGG) (BCM) **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the motion of non-party "Affiant X" for a protective order (Dkt. No. 196), which is now fully briefed. The Court also has received and reviewed plaintiffs' motion for sanctions against TSI for their "discovery violations" concerning the deposition of Affiant X. (Dkt. No. 199.) Plaintiffs' optional reply in further support of their sanctions motion is due April 13, 2021.

The Court will conduct oral argument on both motions (Dkt. Nos. 196, 199) on **April 19, 2021, at 11:00 a.m.** The argument will be conducted remotely via Microsoft Teams. Chambers will email the required videoconferencing link to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **(917) 933-2166** and entering the code **523692909#**. Nonparties must observe the same decorum as would

be expected at an in-person argument, and must mute their telephone lines throughout the proceeding.

Dated: New York, New York
      April 12, 2021                       **SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**