USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al., <br> Plaintiffs, <br><br> -against- <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al., <br> Defendants. | 18-CV-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al., <br> Plaintiffs, <br><br> -against- <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al., <br> Defendants. | 18-CV-7692 (PGG) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the oral argument conducted by videoconference on April 19, 2021, it is hereby ORDERED that the motion of non-party Affiant X for a protective order (Dkt. No. 266 in case No. 18-CV-1781, Dkt. No. 196 in case No. 18-CV-7692) is GRANTED to the extent that the deposition of Affiant X shall be conducted on written questions, pursuant to Fed. R. Civ. P. 31, no later than May 19, 2021. During the deposition, Affiant X must provide his own answers, without any oral or written prompts from his counsel or others. All relief not expressly granted herein is denied.

Dated:   New York, New York
         April 21, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**