# EXHIBIT B

**Drs. Lacey & Freschi, P. C.**
DIPLOMATES OF THE AMERICAN BOARD OF PSYCHIATRY AND NE
5887 GLENRIDGE DRIVE, SUITE 400,
ATLANTA, GEORGIA 30328
TEL: (404) 252-2666 FAX: (404) 252-0890

SLEEP MEDICINE
NERVE CONDUCTION STUDIES
ELECTROMOGRAPHY (EMG)
ELECTROENCEPHALOGRAPHY (EEG

March 22, 2021

To Whom It May Concern:

**Re:**
**DOB:**

▇▇▇▇▇▇▇▇ is a patient of mine that I have been taking care of for approximately 25 years with a seizure disorder. ▇ also has a history of hypertension and was a cigarette smoker up until August 2020, at which point ▇ had a sudden onset of altered mentation, slurred speech, difficulty with balance and coordination.

▇ was evaluated and found to have a stroke at that time, and the right caudate nucleus. ▇ was placed on a baby aspirin a day after workup otherwise was negative for any circulatory blockage or cardiac abnormality. ▇ blood pressure was stable at the time.

Over time since then, ▇ has improved significantly, but ▇ still has issues with speech expression and has significantly slowed cognitive processing compared to ▇ baseline. ▇ has not had any destabilization or recurrence of seizures.

Because of the continued impairment that ▇ has, ▇ would be considered cognitively impaired and therefore unable to give a reliable, valid deposition or testimony, with the caveat that sleep deprivation, stress and external tension causes a significant deterioration of the symptoms mentioned above.

Therefore, because of this, my recommendation would be that ▇ not testify or give any deposition, since I believe this would be subjecting ▇ to undue duress and there may be issues with the content of said deposition.

Thank you for your time and attention in this matter.

Sincerely,

*[signature]*
Michael Lacey, M.D.
ML/fr