UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTINTA MICHELO, KATHERINE SEAMAN, MARY RE SEAMAN, and SANDRA TABAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,<br><br>        Defendants. | No. 18-cv-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, FRANCIS BUTRY, and CORI FRAUENHOFER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,<br><br>        Defendants. | No. 18-cv-7692 (PGG) (BCM) |

**STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiffs and Defendants in the above-captioned actions, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff Mutinta Michelo ("Michelo") against any and all Defendants in the above-captioned actions are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, expenses, and attorneys' fees.

As a condition of Defendants' stipulation to the dismissal of Michelo's claims, Plaintiffs agree that they will not rely upon or cite to any discovery, including deposition testimony or documents, propounded by or related to Michelo or her co-defendant in the applicable underlying state court action, Derek Chestnut.

Defendants agree that they will not, as a result of this dismissal, seek renewed Rule 12 motion practice, seek adverse factual inferences, or seek discovery regarding the dismissal.

The Clerk of Court is directed not to terminate any party other than Michelo.

Dated: May 12, 2021
_____

SO-ORDERED:

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge

Dated: May 10, 2021

                                              FRANK LLP

                                              By: /s/ Gregory Frank
                                              Gregory A. Frank
                                              Marvin L. Frank
                                              Asher Hawkins
                                              305 Broadway, Suite 700
                                              New York, NY 10007
                                              Telephone: (212) 682-1853

                                              *Attorneys for Plaintiffs*

LOCKE LORD LLP

By: *Gregory T. Casamento*
Gregory T. Casamento
R. James DeRose, III
Brookfield Place, 20th Floor
200 Vesey Street
New York, NY 10281
Telephone: (212) 415-8600

J. Matthew Goodin
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700

*Attorneys Defendants for Nat'l Collegiate Student Loan Trust 2004-2, Nat'l Collegiate Student Loan Trust 2006-4, Nat'l Collegiate Student Loan Trust 2007-2, and Nat'l Collegiate Student Loan Trust 2007-3*

SESSIONS, FISHMAN NATHAN &
ISRAEL LLC

By: /s/ James K. Schultz
James Schultz
Morgan Ian Marcus
141 W. Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985

*Attorneys for Defendants EGS Financial Care, Inc. and Transworld Systems, Inc.*

92137882v.1

5

RIVKIN RADLER LLP

By: *[signature]*

Carol A. Lastorino
Ken Novikoff
Amanda Rae Griner
926 Rexcorp Plaza
Uniondale, New York 11556
Telephone: (516) 357-3101

*Attorneys for Defendant Forster & Garbus LLP*