USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>    Defendants. | 18-CV-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>    Defendants. | 18-CV-7692 (PGG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the "Motion to Stay Enforcement of April 23 Order" filed by Transworld Systems Inc. (TSI) on May 7, 2021 (Dkt. No. 293 in Case No. 18-cv-1781 and Dkt. No. 223 in Case No. 18-cv-7692). The motion is GRANTED to the extent that the portion of the April 23, 2021 Order (Dkt. No. 280 in Case No. 18-cv-1781 and Dkt. No. 210 in Case No. 18-cv-7692) awarding sanctions against TSI is STAYED pending a decision from the district judge on TSI's objections (Dkt. No. 292 in Case No. 18-cv-1781 and Dkt. No. 222 in Case No. 18-cv-7692). Consequently, submission of any fee application, as well as any renewed sanctions application seeking preclusion orders or other non-monetary sanctions, is STAYED pending that decision. The stay has no effect on the deposition of Affiant X.

The Clerk of Court is respectfully directed to close the motions at Dkt. No. 293 in Case No. 18-cv-1781 and Dkt. No. 223 in Case No. 18-cv-7692.

Dated: New York, New York
May 25, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**