UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, et al.,

                Plaintiffs,

- against -

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                Defendants.
_____

CHRISTINA BIFULCO, et al.,

                Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, et al.,

                Defendants.

**AMENDED ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE**

18 Civ. 1781 (PGG) (BCM)
18 Civ. 7692 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement* | X | Dispositive Motion (i.e., motion requiring a Report and |

| | | |
|---|---|---|
| ☐ | Inquest After Default/ Damages Hearing | Recommendation) |
| | | Particular Motion: |
| | | 18cv1781 Dkt. Nos. 312, 313 |
| | | 18cv7692 Dkt. Nos. 240, 241 |
| | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
June 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge