



DATE FILED: 9/9/21

305 BROADWAY
SUITE 700
NEW YORK, NY 10007
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com

**MEMO ENDORSED**

Sept. 8, 2021

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., NY, NY 10007

Re:   *Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-CV-1781
      *Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.*, 18-CV-7692

Dear Judge Moses:

We represent Plaintiffs in the above litigation, and submit this letter pursuant to Parts 1.b and 2.h of Your Honor's Individual Civil Practices. Plaintiffs respectfully request permission to file excess pages on their pending reply memorandum in further support of their motion for class certification.

This Court generally limits reply memoranda to 10 pages; Plaintiffs request a 15-page limit on this reply. The extra pages are necessary given the amount of complex issues and exhibits in this motion practice. Plaintiffs have conferred with Defendants, who consent to this request.

Plaintiffs' reply is due September 13. We thank the Court for Your Honor's prompt attention to this request.

Respectfully,

 /s/ Gregory A. Frank

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
September 9, 2021