

Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-812-8325
gcasamento@lockelord.com

November 12, 2021

By ECF

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Michelo, et al. v. National Collegiate Student Loan Trust 2007-2 et al.*,
              18-cv-01781-PGG
              *Bifulco, et al. v. National Collegiate Student Loan Trust 2004-2 et al.*,
              18-cv-07962-PGG

Dear Judge Moses:

      On behalf of all Defendants, we respectfully request that the Court schedule oral argument on Plaintiffs' Motion for Class Certification (Dkt. No. 312 in *Michelo*), which was filed on June 3, 2021 and is now fully briefed.

      Respectfully,

By: *[signature]*

Gregory T. Casamento
R. James DeRose, III
LOCKE LORD LLP
Brookfield Place, 20th Floor
200 Vesey Street
New York, New York 10281
(212) 415-8600
gcasamento@lockelord.com
rderose@lockelord.com

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

100188453v.3

                                        J. Matthew Goodin
                                        LOCKE LORD LLP
                                        111 South Wacker Drive, Suite 4100
                                        Chicago, Illinois 60606
                                        (312) 443-0700
                                        jmgoodin@lockelord.com

*Attorneys for Defendants National Collegiate
Student Loan Trust 2004-2, National Collegiate
Student Loan Trust 2006-4, National Collegiate
Student Loan Trust 2007-2, and National Collegiate
Student Loan Trust 2007-3*

Cc:    All parties entitled to notice
        Hon. Paul G. Gardephe