

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,

    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,

    Defendants.

18-CV-1781 (PGG) (BCM)

CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,

    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al.,

    Defendants.

18-CV-7692 (PGG) (BCM)

**ORDER LIFTING STAY RE SANCTIONS**

**BARBARA MOSES, United States Magistrate Judge.**

On May 25, 2021, the Court stayed the portion of its April 23, 2021 Order (4/23/21 Order) (Dkt. No. 280 in Case No. 18-cv-1781; Dkt. No. 210 in Case No. 18-cv-7692) awarding sanctions against defendant Transworld Systems Inc. (TSI) pursuant to Fed. R. Civ. P. 16(f) and 37(b) and 18 U.S.C. § 1927 pending a decision from the district judge on TSI's objections to that order. (Dkt. No. 308 in Case No. 18-cv-1781; Dkt. No. 236 in Case No. 18-cv-7692.) On January 18, 2022, the district judge sustained TSI's objections to the extent that sanctions were imposed pursuant to Fed. R. Civ. P. 16(f) or 37(b) but overruled them to the extent that sanctions were imposed pursuant to 28 U.S.C. § 1927, which the district judge found to be "proper." (Dkt. No. 348 in Case No. 18-cv-1781; Dkt. No. 276 in Case No. 18-cv-7692.)

Consequently, the stay is LIFTED. Plaintiffs shall submit their fee application in accordance with the 4/23/21 Order, together with any renewed request for preclusion orders or

other non-monetary sanctions, no later than **February 15, 2022**. TSI's opposition papers, limited to the amount of the fees and expenses to be awarded and the scope of any non-monetary sanctions sought, shall be filed no later than **March 1, 2022**. Plaintiff's optional reply papers shall be filed no later than **March 8, 2022**.

Dated: New York, New York
       January 25, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**