| | |
|---|---|
| KATHERINE SEAMAN, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>Defendants. | 18-CV-1781 (PGG) (BCM)<br><br>**ORDER AMENDING CAPTION** |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al.,<br><br>Defendants. | 18-CV-7692 (PGG) (BCM) |

**Barbara Moses, United States Magistrate Judge**:

On May 12, 2021, Mutinta Michelo – who was then the first-named plaintiff in Case No. 18-CV-1781 – dismissed all of her claims by stipulation. (Dkt. No. 298.) The second-named plaintiff in Case No. 18-CV-1781, Katherine Seaman, remains a party. The Clerk of Court is respectfully directed to amend the caption in these consolidated actions to reflect the current parties, as set forth above.

Dated: March 9, 2022
      New York, New York

SO ORDERED.

_____
**BARBARA MOSES**
**UNITED STATES MAGISTRATE JUDGE**