

Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-812-8325
gcasamento@lockelord.com

January 27, 2023

By ECF

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Seaman, et al. v. National Collegiate Student Loan Trust 2007-2 et al.*, 18-cv-01781-PGG
*Bifulco, et al. v. National Collegiate Student Loan Trust 2004-2 et al.*, 18-cv-07692-PGG

Dear Judge Moses:

We represent Defendants National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-2, and National Collegiate Student Loan Trust 2007-3 (the "Trusts") in the above-referenced consolidated actions. We write on behalf of all Defendants to make the Court aware of supplemental authority relevant to Plaintiffs' pending Motion for Class Certification.

On January 26, 2023, Judge Zilly in the U.S. District Court for the Western District of Washington denied the *Hoffman* plaintiffs' motion for class certification in an action involving substantially similar claims and allegations against, *inter alia*, certain National Collegiate Student Loan Trusts and Transworld Systems, Inc. *See Hoffman, et al. v. Transworld Systems Inc., et al.*, No. 2:18-cv-01132, Dkt. No. 403 (W.D. Wash. Jan. 26, 2023)(Zilly, J.) attached hereto as **Exhibit A**. Judge Zilly concluded that the requirements of Rule 23(a), (b)(2), and (b)(3) were not satisfied, for many of the same reasons Defendants have argued here.

Respectfully,

By: /s/ Gregory T. Casamento

Gregory T. Casamento
R. James DeRose, III
LOCKE LORD LLP
Brookfield Place, 20th Floor
200 Vesey Street
New York, New York 10281
(212) 415-8600
gcasamento@lockelord.com
rderose@lockelord.com

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

J. Matthew Goodin
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
(312) 443-0700
jmgoodin@lockelord.com

*Attorneys for Defendants National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-2, and National Collegiate Student Loan Trust 2007-3*

Cc:   All parties entitled to notice