

305 BROADWAY
SUITE 700
NEW YORK, NY 10007
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com

Nov. 2, 2023

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, No. 18-cv-1781

Dear Judge Gardephe:

  We represent Plaintiffs in the above matter and submit this letter pursuant to Part I.A of Your Honor's Individual Rules of Practice for Civil Cases.  We write to request that this Court amend this matter's caption in accordance with the Court's Memorandum Opinion and Order of September 27, 2023 (ECF No. 445) (the "Order") and to match Defendants' pending Rule 23(f) petition to the Second Circuit concerning the Order.  Defendants have reviewed the proposed caption change and do not oppose it.

  The Order, among other things, certified a Rule 23 class and approved as Class representatives all six Named Plaintiffs—three who were named in the first-filed Case No. 18-cv-1781 and three who were named in the second-filed consolidated Case No. 18-cv-7692. (*See* Ord. at 1–4, 59–60).  These six Named Plaintiffs now proceed against all Defendants, including the four Trust Defendants—two of which were named in the first-filed case and two in the second-filed case. (*Id.*).

  At the conclusion of the Order, this Court directed the Clerk to "close the member case" (Case No. 18-cv-7692), which will allow for future submissions in this matter to be managed on one docket instead of two. (*See id.* at 63).  The Clerk thereafter closed Case No. 18-cv-7692. (*See* Document 369 on that docket).

  Though all Defendants are petitioners in the Rule 23(f) petition, which names as respondents all six Named Plaintiffs, the Second Circuit's docket lists only two of the Trust Defendants and three of the Named Plaintiffs. (*See* 2d Cir. No. 23-7372 & DktEntry 1.1 on that docket).  We therefore request that this Court order this matter's caption be amended as proposed

Hon. Paul G. Gardephe
Nov. 2, 2023
Page 2

hereto, in accordance with the Order and to match Defendants' petition to the Second Circuit.  (*See* Attachment 1).[1]

      We thank the Court for Your Honor's attention to this request.

                                              Respectfully,

                                           */s/ Gregory A. Frank*

cc: all counsel of record

---

[1] Plaintiffs earlier this week submitted to the Second Circuit's Clerk a proposed caption that mirrors the one attached hereto.