# Attachment 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
KATHERINE SEAMAN, MARY RE SEAMAN,            )
SANDRA TABAR, CHRISTINA BIFULCO,             )
FRANCIS BUTRY and CORI FRAUENHOFER,          )
individually and on behalf of all others similarly situated, )
                                             )
                    Plaintiffs,              )
      v.                                     )
                                             )
NATIONAL COLLEGIATE STUDENT LOAN             )   No. 1:18-cv-01781-PGG-BCM
TRUST 2007-2; NATIONAL COLLEGIATE            )
STUDENT LOAN TRUST 2007-3; NATIONAL          )
COLLEGIATE STUDENT LOAN TRUST 2004-2;        )
NATIONAL COLLEGIATE STUDENT LOAN             )
TRUST 2006-4; TRANSWORLD SYSTEMS, INC.,      )
in its own right and as successor to NCO FINANCIAL )
SYSTEMS, INC.; EGS FINANCIAL CARE INC.,      )
formerly known as NCO FINANCIAL SYSTEMS, INC.;)
and FORSTER & GARBUS LLP,                    )
                                             )
                    Defendants.              )
_____ )