July 23, 2024

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., Room 740
New York, NY 10007

Re:   <u>*Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-CV-1781</u>

Dear Judge Moses:

     We represent Plaintiffs and write concerning the joint letter to Your Honor that the Parties were instructed to file today by Judge Gardephe's chambers.

     The Parties are not in agreement on the letter, and not all defense counsel were available to participate after 6 p.m. EST today. Defendants request that the deadline for the letter be adjourned 48 hours, to July 25, 2024.

     Respectfully submitted,

     /s/ Gregory A. Frank
Frank LLP
305 Broadway, Suite 700
New York, NY 10007
Telephone: (212) 682-1853
Facsimile: (212) 682-1892
gfrank@frankllp.com

cc: Hon. Paul G. Gardephe (via ECF)
    All counsel of record (via ECF)