USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/10/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE SEAMAN, *individually and on behalf of all others similarly situated*, et al.,

    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,

    Defendants.

18-CV-1781 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has scheduled a conference for December 17, 2024, concerning defendants' request for an expert discovery schedule. (Dkt. 465.) Plaintiffs now request an order "direct[ing] Defendants to describe in writing, one week prior to the conference, what experts they wish to offer, so that Plaintiffs can be prepared to respond appropriately during the conference." (Dkt. 466.)

    No later than **December 13, 2024**, both plaintiffs and defendants must file letters identifying their proposed affirmative experts (at a minimum by topic) so that the Court can be better prepared to evaluate defendants' expert discovery request.

Dated: New York, New York
       December 10, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**