**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

KATHERINE SEAMAN, MARY RE SEAMAN, AND SANDRA TABAR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,

Defendants.

No. 18-cv-01781-PGG

---------------------------------------------------------------------

CHRISTINA BIFULCO, FRANCIS BUTRY, and CORI FRAUENHOFER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,

Defendants.

No. 18-cv-07692-PGG

**DECLARATION OF GREGORY T. CASAMENTO IN OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE ROGER W. SAYLOR AS EXPERT**

I, GREGORY T. CASAMENTO, declare under the laws of the State of New York and the United States of America under penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York and before the United States District Court for the Southern District of New York.

2. I am a partner of the law firm Troutman Pepper Locke, attorneys for defendants National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-2, and National Collegiate Student Loan Trust 2007-3 (collectively, the "Trusts") in these consolidated actions and, submit this declaration in connection with the Trusts' opposition to Plaintiffs' Motion to Exclude Roger W. Saylor as Expert.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Order granting defendants' renewed motion for summary judgment dated February 7, 2025, issued in *Gosse v. Transworld Sys. Inc.*, No. 3:20-cv-01446-RDM, (M.D. Pa.) ("*Gosse*"), which is available on the public docket at ECF No. 223 in the action.

4. Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of the transcript of the February 28, 2025 deposition of Roger W. Saylor conducted in this action.

5. Attached hereto as **Exhibit 3** is a true and correct copy of plaintiffs' motion to exclude Roger Saylor as an expert witness, which was filed on July 21, 2022, in *Hoffman v. Transworld Sys. Inc.*, No. 2:18-cv-01132-TSZ (W.D. Wash.), which is available on the public docket at ECF No. 333 in the action.

6. Attached hereto as **Exhibit 4** are excerpts from a true and correct copy of the transcript of the December 21, 2022 deposition of Jens Meyer conducted in *Gosse*, which is available on the public docket at ECF No. 176-3 in the action.

Dated: New York, New York
March 21, 2025

*<u>/s/ Gregory T. Casamento</u>*
Gregory T. Casamento

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March 2025, I caused a true and correct copy of the foregoing *Declaration of Gregory T. Casamento in Opposition to Plaintiffs' Motion to Exclude Roger W. Saylor as Expert* to be served via CM/ECF upon all parties entitled to notice.

*/s/ Gregory T. Casamento*
Gregory T. Casamento