Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**troutman pepper locke**

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/27/25__

**Christopher B. Fontenelli**
D 212.912.2730
christopher.fontenelli@troutman.com

> Application GRANTED. The Court will permanently seal Dkts. 492-1, 492-3, and 492-57. The Clerk of Court is respectfully directed to close the motion at Dkt. 493. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> May 27, 2025

May 20, 2025

**BY ECF**

Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   *Seamen, et al. v. National Collegiate Student Loan Trust 2007-2, et al.*,
         Case No. 18-cv-1781

Dear Judge Moses:

This firm represents the Trust Defendants in the above-captioned action. Pursuant to Rule 21.7 of the Electronic Case Filing Rules & Instructions, we write on behalf of all Defendants to respectfully request that Your Honor direct the Clerk's Office to permanently seal ECF Nos. 492-1, 492-3, and 492-57, which were filed in support of Defendants' Motion for Summary Judgment (ECF Nos. 489–92). Although the documents were redacted pursuant to Fed. R. Civ. P. 5.2 and Rule 3(g) of Your Honor's Individual Practices, certain pages should have included an additional redaction to a personal identifying number.

The Clerk's office has already placed the above-referenced docket entries under temporary seal. This request to permanently seal ECF Nos. 492-1, 492-3, and 492-57, and for permission to file further redacted versions of those documents, is consistent with the Rules and is narrowly tailored to meet the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). In anticipation of the Court's approval of this request, the corrected documents, which are Exhibits 1, 2 (Part 2), and 55 to the Fontenelli Declaration (ECF No. 492), will be filed separately on the docket as directed in Your Honor's Individual Practices. We have also conferred with Plaintiffs' counsel regarding the additional redactions and this request.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Christopher B. Fontenelli*
Christopher B. Fontenelli

cc:   Counsel of Record (via ECF)