UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE SEAMAN, MARY RE SEAMAN, SANDRA TABAR, CHRISTINA BIFULCO, FRANCIS BUTRY and CORI FRAUENHOFER individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP,

Defendants.

No. 18-cv-1781-PGG-BCM

**DECLARATION OF ASHER HAWKINS**
**IN SUPPORT OF PLAINTIFFS' RULE 56 OPPOSITION AND CROSS-MOTION**

ASHER HAWKINS, an attorney duly licensed to practice law in the State of New York and admitted to practice in this Court, declares under penalty of perjury:

1. I am an attorney at law and an associate with Frank LLP, the attorneys of record for Plaintiffs and the Class in the above-captioned action. I submit this declaration in support of Plaintiffs' Rule 56 papers.

2. Attached hereto as Exhibits A through L are true and correct copies of the below-listed documents.

A) BPA audit of PHEAA.

B) Transcript of the deposition of Bradley Luke for TSI-NCO (excerpts).

C) NCO Media Ordering Manual.

D) Meyer declaration of January 2021.

E) Transcript of the deposition of Joel Leiderman for Forster & Garbus (excerpts).

F) NCO Affidavit Procedure

G) Luke declaration concerning "CDs".

H) Transcript of the deposition of James Cummins (excerpts).

I) Table produced by Defendants as to Plaintiff Tabar.

J) Transcript of the deposition of Chandra Alphabet (excerpts).

K) Transcript of the deposition of Valerie Watts (excerpts)

L) Affidavit to CFPB by James Cummins.

Dated: New York, New York
June 16, 2025

By: *__/s/ Asher Hawkins_____*

Asher Hawkins (AH2333)
ahawkins@frankllp.com